

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00310-CV

_____

ARLINGTON INDEPENDENT SCHOOL DISTRICT, WILLIAM KELLY HORN, AND COREY ROBINSON, Appellants

V.

ROBERT JORDAN CONSTRUCTION, LLC D/B/A RJ CONSTRUCTION, Appellee

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-326180-21

Before Womack, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Unopposed Motion to Dismiss Case" (the Motion). In the Motion, Appellants state that the underlying case has been settled "pursuant to a Bankruptcy Court approved settlement," and they ask us to "rende[r] judgment effectuating the parties' agreement by dismissing all claims herein with prejudice, with each party to bear its own attorneys' fees and costs." They also attached to their Motion a signed "Settlement Agreement and Release," as well as an order from the United States Bankruptcy Court for the Northern District of Texas approving the settlement.

We previously stayed this appeal due to the bankruptcy filing. We now lift our stay, and we grant the Motion. Effectuating the parties' agreement, we dismiss all claims in the underlying lawsuit with prejudice, dismiss the appeal, and order that each party must bear its own attorneys' fees and costs of appeal. *See* Tex. R. App. P. 42.1(a)(2)(a), 43.2(f).

Per Curiam

Delivered: December 19, 2024